UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-21860-JRS |
| | : | |
| STEVE FORREST SAYER, | : | CHAPTER 11 |
| | : | |
| Debtor | : | |
| _____ | : | |

**CONSENT MOTION FOR RELIEF FROM STAY**

**COMES NOW** Steve Forrest Sayer, debtor in the above-styled Chapter 11 case (the "Debtor"), and Coo Coo's Nest, LLC ("Coo Coo"), by and through its attorneys Lamberth, Cifelli, Ellis & Nason, P.A., and pursuant to § 362 of Title 11 of the United States Code (the "Bankruptcy Code"), request that the Court modify the automatic stay in order to allow Debtor to execute certain loan documents in accordance with a confirmed Plan (as described below). In support thereof, Debtor and Coo Coo show as follows:

1. On October 2, 2017, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. Sayer is the Managing Member of Coo Coo, which is a debtor in a related Chapter 11 case styled *In re Coo Coo's Nest, LLC*, Case No. 16-21483-JRS, United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division (the "Related Case").

3. Coo Coo filed its Third Amended and Restated Chapter 11 Plan (the "Plan") in the Related Case on August 15, 2017. The Court entered its Order confirming the Plan on September 19, 2017.

4. The Plan provides "[Coo Coo] and any guarantor shall execute any new Loan Documents requested by SummitBridge to effectuate the terms of the Plan hereunder, which new

504034

Loan Documents shall be in the form and substance presented by SummitBridge in its sole and absolute discretion. Failure to do so shall be a default under the Plan…"

5. The required loan documents are to be executed by Coo Coo and Debtor, as guarantor.

### Relief Requested

6. By this Motion, Debtor and Coo Coo request that the Court modify the automatic stay to allow Debtor to execute any new loan documents as required by the Plan.

### Basis for Relief

7. Debtor and Coo Coo do not believe the signing of the new documents would be a violation of the stay, as it is not an action to collect a debt or take possession of estate property. Nevertheless, to the extent such actions may be deemed subject to the stay the Court should modify the stay. Section 362(d) of the Bankruptcy Code provides that the Court may grant relief from the automatic stay for cause. Here, the failure of Debtor to execute the loan documents in accordance with the Plan could result in a default under the Plan to the detriment of Debtor and Coo Coo. Debtor's ability to reorganize in this Case is contingent upon the successful consummation of the Plan in the Related Case. Accordingly, cause exists.

8. A proposed Consent Order is attached hereto as Exhibit "A."

WHEREFORE, Debtor and Coo Coo request that this Court modify the automatic stay to allow Debtor to execute the loan documents required under the Plan and grant such other relief as is appropriate.

Dated: October 25, 2017

### Signatures on Next Page

504034

|  |  |
|---|---|
|  | LAMBERTH, CIFELLI, ELLIS & NASON, P.A.<br>Attorneys for Coo Coo's Nest, LLC |
|  | By:  */s/ G. Frank Nason, IV*<br>       G. Frank Nason, IV<br>       Georgia Bar No. 535160 |
| 1117 Perimeter Center West<br>Suite W212<br>Atlanta, Georgia 30338<br>(404) 262-7373<br>(404) 262-9911 (facsimile) |  |
|  | By: *Steve F. Sayer, by G. Frank Nason, IV, with express permission*<br>       Steve F. Sayer, Debtor<br>       *Appearing Pro Se* |
| 4175 Etcetera Lane<br>Cumming, GA 30041<br>(404) 597-1931 |  |

3

504034

**Exhibit "A"**

**Proposed Order**

504034

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-21860-JRS |
| | : | |
| STEVE FORREST SAYER, | : | CHAPTER 11 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING CONSENT MOTION FOR RELIEF FROM STAY**

Steve Forrest Sayer, debtor in the above-styled Chapter 11 case ("Debtor"), and Coo Coo's Nest, LLC ("Coo Coo"), by and through its attorneys Lamberth, Cifelli, Ellis & Nason, P.A., pursuant to § 362 of Title 11 of the United States Code, filed their Consent Motion for Relief from Stay on October 25, 2017 (the "Motion"). In the Motion, Debtor and Coo Coo requested that this Court enter an order modifying the automatic stay to allow Debtor, the Managing Member of Coo Coo and a guarantor of Coo Coo's debt, to execute any new loan documents as required by Coo Coo's Third Amended and Restated Chapter 11 Plan (the "Plan"), filed on August 15, 2017, in the Chapter 11 case *In re Coo Coo's Nest, LLC*, Case No. 16-21483-JRS, United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division.

The failure of Debtor to execute the loan documents in accordance with the Plan could result in a default under the Plan to the detriment of Debtor and Coo Coo. Debtor's ability to reorganize in this case is contingent upon the successful consummation of the Plan in Coo Coo's Chapter 11 case.

The Court held a hearing on the Motion on November 9, 2017, at 1:30 p.m. in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, GA 30501 (the "Hearing"). No objections to the Motion were filed prior to the Hearing, and no party appeared at the Hearing to oppose the Motion. The Court, having considered the Motion, and there being no opposition, it is hereby

ORDERED that the Motion is GRANTED as set forth herein. It is further

ORDERED that the automatic stay is hereby modified to allow Debtor to execute any new loan documents as required by the Plan.

**[END OF DOCUMENT]**

**Prepared and Presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Attorneys for Coo Coo's Nest, LLC*
By: /s/ G. Frank Nason, IV
G. Frank Nason, IV
Georgia Bar No. 535160
FNason@lcenlaw.com
1117 Perimeter Center West, Suite W212
Atlanta, GA 30338
(404) 262-7373

**Consented to by:**

By: _____
    Steve F. Sayer, Debtor
*Appearing Pro Se*
4175 Etcetera Lane
Cumming, GA 30041

2

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 1117 Perimeter Center West, Suite W212, Atlanta, Georgia 30338

James H. Morawetz, Office of the United States Trustee, 75 Ted Turner Drive, S.W., Room 362, Atlanta, Georgia 30303

Walter E. Jones, Balch & Bingham LLP, 30 Ivan Allen Jr. Boulevard, N.W., Suite 700, Atlanta, Georgia 30308

Steve F. Sayer, 4175 Etcetera Lane, Cumming, GA 30041

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned has this date served a true and correct copy of the foregoing **CONSENT MOTION FOR RELIEF FROM STAY** by electronic mail to:

> James H. Morawetz
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> jim.h.morawetz@usdoj.gov
>
> Walter E. Jones
> Balch & Bingham LLP
> 30 Ivan Allen Jr. Boulevard, N.W.
> Suite 700
> Atlanta, Georgia 30308
> wjones@balch.com
>
> Steve F. Sayer
> 4175 Etcetera Lane
> Cumming, GA 30041
> sfsayer@gmail.com

    Dated: October 25, 2017.

> > */s/ G. Frank Nason, IV*
> > G. Frank Nason, IV

1117 Perimeter Center West
Suite W212
Atlanta, Georgia 30338
(404) 262-7373

504034