**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEVE FORREST SAYER | ) | CASE NO. 17-21860-JRS |
| DEBTOR | ) | |

-----------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR  FV-I, | ) | |
| INC. AS TRUSTEE FOR MORGAN | ) | |
| STANLEY MORTGAGE CAPITAL | ) | |
| HOLDINGS LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| STEVE FORREST SAYER, | ) | |
| JAMES H. MORAWETZ, TRUSTEE | ) | |
| RESPONDENTS. | ) | |

_____)

## <u>NOTICE OF HEARING</u>

NOTICE IS HEREBY GIVEN THAT a Motion for Relief from the Automatic Stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below. ***The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the court orders otherwise***.

HEARING will be held **at 1:30 P.M. on February 15, 2018, in Courtroom 103, U.S. Courthouse, 121 Spring Street SE, Gainesville, GA 30501.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).  If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may

also file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail/deliver your response so it is received by the Clerk at least two (2) business days before the hearing.  The address of the Clerk's office**: Clerk, Room 120, U.S. Courthouse, 121 Spring Street SE, Gainesville, GA 30501.**

You must also mail a copy to the undersigned at the address below.  In the event a hearing cannot be held within thirty (30) days from the filing of the motion for relief from the automatic stay as required by 11 U.S.C. §362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  *The undersigned consents to the automatic stay (and any related co-debtor stay) remaining in effect with respect to Movant until the Court orders otherwise*.

/s/ Chad R. Simon
Chad R. Simon,
Georgia Bar No. 646919
Simon Law, LLC
Post Office Box 80727
Atlanta, GA 30366
chad@chadsimonlaw.com
(770) 856-9046

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEVE FORREST SAYER | ) | CASE NO. 17-21860-JRS |
| DEBTOR | ) | |

---------------------------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR FV-I, | ) | |
| INC. AS TRUSTEE FOR MORGAN | ) | |
| STANLEY MORTGAGE CAPITAL | ) | |
| HOLDINGS LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| STEVE FORREST SAYER, | ) | |
| JAMES H. MORAWETZ, TRUSTEE | ) | |
| RESPONDENTS. | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY WITH WAIVER OF 30-DAY REQUIREMENT OF 11 U.S.C. SECTION 362(e)

**COMES NOW,** Specialized Loan Servicing LLC, as servicing agent for FV-I, Inc. as trustee for Morgan Stanley Mortgage Capital Holdings LLC ("Movant") a secured creditor in the above-captioned case, by and through counsel, and moves this Court to enter an order granting its request for relief from the automatic stay imposed by 11 U.S.C. § 362 and waiver of 30-day requirement of 11 U.S.C. § 362(e) and respectfully shows the Court as follows:

1.       On October 2, 2017, Debtor filed a petition with the Bankruptcy Court for the Northern District of Georgia under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2.      Movant holds a Promissory Note secured by the Security Deed which describes real property owned by Debtor and known as: 4175 Etcetera Lane, Cumming, Georgia 30041 ("Property").   A copy of the Note, Security Deed and Assignment of Mortgage, are attached hereto as Composite Exhibit "A" respectively.

3.      Debtor executed a Promissory Note secured by a Mortgage or Security Deed. The Promissory Note is either made payable to Movant or has been duly indorsed. Movant, directly or through an agent, has possession of the Promissory Note. Movant is the original mortgagee or the beneficiary or the assignee of the Security Deed.

4.      Upon information and belief, the approximate payoff, exclusive of legal fees and expenses incurred in the connection with the instant motion, due and owing to the Movant as of January 25, 2018 is $915,655.58.

5.      Based on the Debtor's schedules, the value of the Property is approximately $480,000.00.

6.      Debtor is in breach of the terms of the Note and Security Deed by failing to make the necessary post-petition payments and is now due for the November 1, 2017 post-petition payment.

Post-petition arrearages are as follows:

3 Payments at $5,094.20 for 11/1/2017 through 1/1/2018     $15,282.60

7.      Cause exists for relief from the automatic stay. Direct post-petition mortgage payments are not being made. As such, Movant's interests are not adequately protected.

8.      Specialized Loan Servicing LLC services the loan on the Property

referenced in this Motion.  In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee.  Movant, directly or through an agent, has possession of the Note.  The Note is either made payable to Movant or has been duly endorsed.  Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

**WHEREFORE**, Movant prays the Court as follows:

1.     Modify the Automatic Stay of 11 U.S.C. § 362(a) to permit Movant to enforce its security interest in the Property including but not limited to any non-bankruptcy remedies to foreclose and obtain possession;

2.     Modify Rule 4001(a)(3) of the Bankruptcy Code so that it is not applicable in this case and so Movant may immediately enforce and implement this order granting relief from the automatic stay;

3.     As an alternative to the relief prayed for above, grant adequate protection to Movant for its interest in the Collateral;

4.     Movant specifically requests permission to communicate with the Debtors and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and

5.     Grant Movant such other and further relief as the Court deems just and proper.

**Simon Law, LLC**

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Simon Law, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was

provided via Regular U.S. Mail and/or Electronic Mail to the parties listed on the

attached service list, this 31st day of January, 2018.

## SERVICE LIST

Steve Forrest Sayer
4175 Etcetera Lane
Cumming, GA 30041

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Coo Coo's Nest, LLC
P.O. Box 61
Cumming, GA 30028

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, GA 30338

(plus creditors matrix attached)

/s/ Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Simon Law, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

Label Matrix for local noticing
113E-2
Case 17-21860-jrs
Northern District of Georgia
Gainesville
Tue Jan 30 17:22:41 EST 2018

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Coo Coo's Nest, LLC
P.O. Box 61
Cumming, GA 30028-0061

FV-I, Inc. Trustee (See 410)
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

(p)FIRST HORIZON HOME LOANS
6363 N STATE HWY 161
SUITE 300
IRVING TX 75038-2231

First National Credit Card
PO Box 5097
Sioux Falls, SD 57117-5097

First Savings Credit Card
PO Box 5019
Sioux Falls, SD 57117-5019

IRS
PO Box 7346
Philadelphia, Pa 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Walter E. Jones
Balch & Bingham, LLP
Suite 700
30 Ivan Allen Jr. Blvd, NW
Atlanta, GA 30308-3036

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
Customer Service
P.O. Box 9201
Old Bethpage, NY 11804-9001

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Morgan Stanley Mortgage
Capital Holdings LLC
c/o Specialized Loan Servicing LLC
8742 Lucent Boulevard, Ste 300
Highlands Ranch, CO 80129-2386

Morgan Stanley c/o SLS
8742 Lucent Blvd.
Suite 300
Highlands Ranch, CO 80129-2386

G. Frank Nason IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, GA 30338-5456

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

PFG c/o Simpson Uchitel & Wilson
3490 Piedmont Road, NE
Suite 300
Atlanta, GA 30305-4808

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Performance Food Group, Inc.
c/o Simpson, Uchitel & Wilson LLP
3490 Piedmont Road, N.E.
Atlanta, GA 30305-1743

Performance Food Group, Inc., f/k/a Performa
Food Group Company
Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2605

Steve Forrest Sayer
4175 Etcetera Lane
Cumming, GA 30041-5495

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Summit Investment Management LLC
1700 Lincoln Street
Suite 2150
Denver, CO 80203-4500

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

WELLS FARGO BANK, N.A.
SMALL BUSINES LENDING DIVISION
P O BOX 29482
PHOENIX, AZ 85038-9482

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Horizon
4000 Horizon Way
Irving, TX 75063

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SummitBridge National Investments V LLC

End of Label Matrix
Mailable recipients      29
Bypassed recipients       1
Total                    30