**IT IS ORDERED as set forth below:**



**Date: April 16, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEVE FORREST SAYER | ) | CASE NO. 17-21860-JRS |
| DEBTOR | ) | |
| ---------------------------------------------- | | -------------------------------------------- |
| | ) | |
| SPECIALIZED LOAN SERVICING LLC | ) | |
| AS SERVICING AGENT FOR FV-I, | ) | |
| INC. AS TRUSTEE FOR MORGAN | ) | |
| STANLEY MORTGAGE CAPITAL | ) | |
| HOLDINGS LLC | ) | |
| MOVANT, | ) | |
| | ) | CONTESTED MATTER |
| V. | ) | |
| | ) | |
| STEVE FORREST SAYER, | ) | |
| JAMES H. MORAWETZ, TRUSTEE | ) | |
| RESPONDENTS. | ) | |
| _____ | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed January 30, 2018 by Specialized Loan Servicing LLC as servicing agent for FV-I, Inc. as trustee for Morgan Stanley Mortgage Capital Holdings LLC ("Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property known as 4175 Etcetera Lane, Cumming, Georgia 30041

("Property") (Doc. No. 23) ("Motion"). The Motion came before this Court for hearing April 12, 2018, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. At the call of the calendar Debtor appeared and opposed Movant's Motion and the Court heard arguments on the Motion. For the reasons stated on the record it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the property. Rule 4001(a)(3) is waived. It is further

**ORDERED** that upon entry of an Order granting relief from the automatic stay and the subsequent foreclosure of the subject property, the Movant herein shall be authorized to file an unsecured claim for any deficiency.

**[END OF DOCUMENT]**

Order prepared by:

/s/_Chad R.Simon
Chad R. Simon, Attorney for Movant
Georgia Bar No. 646919
The Chad R. Simon Law Firm, LLC
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046

## DISTRIBUTION LIST

Steve Forrest Sayer
4175 Etcetera Lane
Cumming, GA 30041

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Coo Coo's Nest, LLC
P.O. Box 61
Cumming, GA 30028

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, GA 30338